CLARA L. STEWART, an Infant, by WILLIAM S. STEWART, her Guardian ad Litem, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Stewart* v. *Long Island R. R. Co.*, 54 App. Div. 623, affirmed.
(Argued February 28, 1901; decided March 19, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

November 1, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Benjamin F. Tracy* and *William J. Kelly* for appellant.

*Abram H. Dailey* and *Willard P. Reid* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.